# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS SCHERER and AMANDA SCHERER,<br><br>    Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; BOB AKER JEEP CHRYSLER DODGE RAM FIAT; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 3:20-cv-02009-AJB-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES**<br><br>**(Doc. No. 133)** |

Plaintiffs LUCAS SCHERER and AMANDA SCHERER ("Plaintiffs") and Defendant FCA US, LLC's have agreed that FCA US LLC will pay $13,165.00 to resolve reasonably incurred Plaintiffs' attorneys' fees, costs, and expenses regarding the Motion to Retax Costs and Related Matters, within **60 days** of execution of this Order.

Accordingly, the Court grants the parties' joint motion and awards the amount of $13,165.00 for attorneys' fees, costs, and expenses in favor of Plaintiffs. The Motion for Attorney's Fees (Doc. No. 131) is denied as moot and the motion hearing

///

///

set for March 2, 2023 is vacated pursuant to the terms of the parties' Joint Stipulation.

**IT IS SO ORDERED.**

Dated: December 29, 2022

Hon. Anthony J. Battaglia
United States District Judge